IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN DULBERG, individually, and
on behalf of all others similarly situated,

    Plaintiff,

  v.

UBER TECHNOLOGIES INC., and
RASIER, LLC,

    Defendants.

No. C 17-00850 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **CONTINUES** the case management conference to **8:00 A.M. ON JUNE 22, 2017**. A joint case management statement is due by June 15. All other related dates are **EXTENDED** accordingly.

    **PLEASE NOTE THAT THERE WILL BE NO FURTHER CONTINUANCES.**

    **IT IS SO ORDERED.**

Dated: May 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE