IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN DULBERG, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC., and RASIER, LLC,

    Defendants.

No. C 17-00850 WHA

**ORDER RE MOTION TO DISMISS**

On April 24, defendants Uber Technologies, Inc., and Raiser, LLC, filed a motion to dismiss (Dkt. No. 25). On May 15, the last day for briefing, plaintiff Martin Dulberg filed an amended complaint (Dkt. No. 30). By **JUNE 1 AT NOON**, defendants shall please advise the Court as to whether the pending motion to dismiss should be denied as moot, or whether defendants would prefer to proceed on said motion as if it were directed to the amended complaint. If the latter, then a new briefing and hearing schedule will be set accordingly.

**IT IS SO ORDERED.**

Dated: May 16, 2017.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE