IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN DULBERG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., and RASIER, LLC,<br><br>    Defendants. | No. C 17-00850 WHA<br><br>**ORDER APPROVING PROPOSED CLASS NOTICE AND DISTRIBUTION PLAN** |

The parties' joint proposal for distribution of class notice (Dkt. No. 83) is **APPROVED**. The parties shall please complete distribution of notice to the class by **MARCH 22** and file a statement promptly thereafter to inform the Court that distribution has been completed.

**IT IS SO ORDERED.**

Dated: March 2, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE