RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
DAMALI A. TAYLOR (S.B. #262489)
dtaylor@omm.com
ADAM M. KAPLAN (S.B. #298077)
akaplan@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and RASIER, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN DULBERG, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., and RASIER, LLC,<br><br>Defendants. | Case No. 3:17-cv-00850-WHA<br><br>**STATEMENT REGARDING COMPLETION OF CLASS NOTICE** |

1 | Pursuant to the Court's March 2, 2018 Order Approving Proposed Class Notice And
2 | Distribution Plan (ECF No. 84), Defendants Uber Technologies, Inc. and Rasier, LLC hereby
3 | state that the Class Administrator in this case, Angeion Group, has confirmed that the distribution
4 | of class notice was completed on March 22, 2018.

6 | Dated: March 26, 2018           O'MELVENY & MYERS LLP

By: /s/ Mathew D. Powers
    Matthew D. Powers
Attorneys for Defendants
Uber Technologies, Inc. and Rasier, LLC

- 1 -

STATEMENT RE CLASS NOTICE
3:17-CV-00850-WHA