1  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
2  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
3  DAMALI A. TAYLOR (S.B. #262489)
   dtaylor@omm.com
4  ADAM M. KAPLAN (S.B. #298077)
   akaplan@omm.com
5  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
6  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
7  Facsimile:    (415) 984-8701

8  Attorneys for Defendants
   UBER TECHNOLOGIES, INC. and RASIER, LLC
9
   PAUL B. MASLO (admitted *pro hac vice*)
10 pmaslo@napolilaw.com
   ANDREW DRESSEL (admitted *pro hac vice*)
11 Adressel@napolilaw.com
   NAPOLI SHKOLNIK PLLC
12 360 Lexington Avenue, 11th Floor
   New York, New York 10017
13 Telephone:    (212) 397-1000
   Facsimile:    (646) 843-7603
14
   Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN DULBERG, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., and RASIER, LLC,<br><br>          Defendants. | Case No.  3:17-CV-00850-WHA<br><br>**JOINT STIPULATION UNDER LOCAL RULE 6-2(a) REQUESTING CHANGE OF HEARING DATE AND STAY OF NON-SETTLEMENT-RELATED PROCEEDINGS; [PROPOSED] ORDER** |

## JOINT STIPULATION

Plaintiff and Class Representative Martin Dulberg ("Plaintiff") and Defendants Uber Technologies, Inc. and Rasier LLC (collectively, "Uber," and together with Plaintiff, the "Parties"), hereby stipulate and agree that:

WHEREAS, on February 21, 2017, Plaintiff filed a Class Action Complaint against Uber;

WHEREAS, on July 27, 2017, the Court entered the Case Management Order (ECF No. 50, the "Order") setting the deadlines in this case;

WHEREAS, pursuant to the Order, the final pretrial conference is set for October 17, 2018, with trial beginning on October 29 (Order ¶¶ 11, 12);

WHEREAS, on May 18, 2018, the Parties filed a Joint Notice of Settlement and Stipulated Request for Administrative Relief (ECF No. 93), notifying the Court that the Parties reached an agreement in principle for a class-wide settlement;

WHEREAS, to give the Parties time to complete the settlement agreement and Plaintiff time to submit the motion for preliminary approval, the Parties filed a joint stipulation on June 28, 2018, requesting a short extension of the deadline for dispositive motions, which the Court granted on July 2;

WHEREAS, to give the Parties time to complete the settlement agreement and Plaintiff time to submit the motion for preliminary approval, the Parties filed another joint stipulation on July 25, 2018, requesting a short extension of the deadline for dispositive motions, which the Court granted on July 26;

WHEREAS, on August 27, 2018, Plaintiff filed the motion for preliminary approval of the settlement agreement, which sets September 27 as the hearing date;

WHEREAS, the Parties request that the Court move the hearing to October 11 (or any subsequent date) because Plaintiff's counsel has a scheduling conflict on September 27;

WHEREAS, to allow the Parties adequate time to progress through the settlement process without expending resources preparing for trial, the Parties request that the Court stay all non-settlement-related proceedings in this action and vacate the currently scheduled final pretrial conference and jury trial;

1    NOW, THEREFORE, pursuant to Rule 6-2(a) of the Local Civil Rules of the United
2    States District Court for the Northern District of California, the Parties hereby STIPULATE and
3    REQUEST that the hearing date on Plaintiff's motion for preliminary approval of the settlement
4    agreement be moved from September 27 to October 11 (or any subsequent date). The Parties
5    further STIPULATE and REQUEST that all non-settlement-related proceedings in this action are
6    stayed and that the currently scheduled final pretrial conference and jury trial are vacated.

IT IS SO STIPULATED.

Dated: September 13, 2018         O'MELVENY & MYERS LLP

                                  By:   /s/ Randall W. Edwards
                                        Randall W. Edwards

                                  Attorneys for Defendants
                                  Uber Technologies, Inc. and Rasier, LLC

Dated: September 13, 2018         NAPOLI SHKOLNIK PLLC

                                  By:   /s/ Paul B. Maslo
                                        Paul B. Maslo

                                  Attorneys for Plaintiff

**ATTESTATION OF FILING**

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Paul B. Maslo, attest that Randall W. Edwards concurs in the filing of this joint stipulation.

Dated: September 13, 2018         NAPOLI SHKOLNIK PLLC

                                  By:   /s/ Paul B. Maslo
                                        Paul B. Maslo

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

By: _____
    Hon. William H. Alsup
    United States District Judge