**NAPOLI SHKOLNIK PLLC**
ATTORNEYS AT LAW

Andrew J. Dressel
Senior Associate and Assistant General Counsel


September 25, 2018


<u>VIA ECF</u>
United States District Court
for the Northern District of California
Hon. William Alsup
450 Golden Gate Avenue
San Francisco, CA 94102

In Re: <u>Martin Dulberg, et al. v. Uber Technologies.et al.</u>, Case No. 3:17-cv-00850-WHA

Dear Judge Alsup:

     Napoli Shkolnik PLLC represents Plaintiff Martin Dulberg, individually and on behalf of all others similarly situated (the "Plaintiffs") in the above-referenced case. Please be advised that I am leaving the firm as of September 28, 2018. As such, I respectfully request that my name be removed as the "Attorney to be Noticed" as I am no longer representing the Plaintiff's in this case. Napoli Shkolnik PLLC will remain Plaintiff's counsel.

     Thank you in advance for your time and attention to this matter. Please do not hesitate to contact me if you have any questions.


                                                 Sincerely,
                                                 NAPOLI SHKOLNIK PLLC


                          By:     <u>/s/ Andrew J. Dressel</u>
                                       Andrew J. Dressel, Esq.
                                         360 Lexington Avenue, 11th Floor
                                       New York, NY 10017
                                       (212) 397-1000, Ext. 2564
                                       ADressel@NapoliLaw.com


cc: all counsel by ECF

CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on September 25, 2018, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

                                                    /s/ Andrew J. Dressel