IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN DULBERG, individually, and on behalf of all others similarly situated,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC., and RASIER, LLC,

    Defendants.

No. C 17-00850 WHA

**NOTICE RE QUESTIONS FOR THURSDAY'S HEARING**

Counsel on both sides shall please be prepared to answer the following questions at tomorrow's final approval hearing:

    1.    Based on the currently requested attorney's fees, expenses, and lead plaintiff award, what is the average amount each class member will recover? How many class members will receive less than $5? Less than $20? More than $100?

    2.    How many class members will receive nothing?

    3.    57 members of the class had been e-mailed and those e-mails bounced back. What specifically was done to attempt to re-contact them?

      4.     If this case went to trial, what would be the maximum possible recovery?

      5.     Were the expert reports, for which all of the calculations have been based, prepared for trial or for settlement?

**IT IS SO ORDERED.**

Dated: April 24, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2