IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN DULBERG, individually, and on behalf of all others similarly situated, | No. C 17-00850-WHA |
| Plaintiff, | |
| v. | **REQUEST FOR INFORMATION** |
| UBER TECHNOLOGIES, INC., and RASIER, LLC, | |
| Defendants. / | |

The Court thanks the parties for providing the requested individual settlement information as to plaintiff Martin Dulberg (Dkt. No. 148). If we excluded all drivers from the class whose checks would be less than the cost of the postage plus administrative cost to process, and then distributed those funds as part of the settlement to everyone else, how many class members would remain and what would be the average recovery? Use a ballpark estimate for the administrative cost and postage calculation at this stage. Please answer by Tuesday at **NOON**.

**IT IS SO ORDERED.**

Dated: April 28, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE