IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN DULBERG, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., and RASIER, LLC,<br><br>    Defendants.<br>_____/ | No. C 17-00850-WHA<br><br>**ORDER RE NOTICE OF FURTHER REVISED SETTLEMENT** |

    The Court thanks the parties for their timely notice of further revised settlement (Dkt. No. 154). After review, important details related to the proposed settlement remain unclear. It is accordingly impossible to ascertain from the parties' filing whether the issues raised in the prior order have been adequately addressed.

    Still, the parties are encouraged to jointly move for preliminary approval of settlement. The newly executed settlement agreement along with the proposed notice to class members (and any other relevant information) should be appended to the motion. This course of action will tease out remaining issues. No trial dates or deadlines will be vacated, however, until the proposed settlement has been preliminarily approved.

    The parties' notice of further revised settlement indicated that the new class notices will be e-mailed to the class members. E-mailing notices is generally disfavored. The Court cautions that if the parties wish to pursue e-mailing the notice to the class members, the motion

for preliminary approval should provide explanation as to why this course of action should be permitted. E-mailing the class notice will not be rubber-stamped merely because it had been allowed in the past. The parties are also reminded that the released claims may not be broader than the certified claims.

**IT IS SO ORDERED.**

Dated: May 24, 2019.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE